ACCEPTED
01-15-00228-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 4:59:41 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 4:59:41 PM
CHRISTOPHER A. PRINE
Clerk

No. 01-15-00228-CV and 01-15-00440-CV

_____

## IN THE FIRST COURT OF APPEALS OF TEXAS

_____

## IN RE ERNEST R. KOONCE, RELATOR

_____

Original Proceeding From the 127th Judicial District Court of Harris County, Texas

Cause No. 2010-64752

_____

## OBJECTION TO MOTION TO CONSOLIDATE

ERNEST R. KOONCE
RELATOR, Pro Se
15938 Fleetwood Oaks Drive
Houston, Texas 77079

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Ernest R. Koonce, Relator, and those similarly situation, respectfully submit this Objection to Real Party In Interests and Respondent, Wells Fargo's Motion to Consolidate both cases, and would show the Court as follows:

IDENTITY OF PARTIES AND THEIR COUNSEL

Relator, Ernest R. Koonce, hereby certifies that the following are the list of parties and their respective counsel, if any, to the best of his knowledge and understanding of the rules.

| PARTIES | COUNSEL |
|---|---|
| Relator<br>ERNEST R. KOONCE | Pro Se |
| Respondent<br>HONORABLE RK SANDILL | 127thth Civil District<br>Court of Harris County, TX<br>201 Caroline, 10th Floor<br>Houston, Texas 77002<br>Court Phone Number:<br>(713) 368-6161 |
| Chris Daniels<br>Harris County District Clerk | 201 Caroline<br>Houston, Texas 77002 |
| Real Party in Interest:<br>WELLS FARGO BANK, NA | Bradley Chambers<br>Texas Bar No. 2400186<br>Valerie Henderson<br>Texas Bar No. 24078655<br>Baker, Donelson,<br>Bearman, Caldwell &<br>Berkowitz, P.C.<br>1301 McKinney Street<br>Suite 3700 |

Houston, Texas 77010
Tel: (713) 650-9700
Fax: (713) 650-9701
vhenderson@bakerdonelson.com

TO THE HONORABLE COURT OF APPEALS:

Petition and Realtor, Ernest Ray Koonce, hereby objects to the untimely filed motion of Wells Fargo. Wells Fargo's attorney, Valerie Henderson, had previously contacted Petition/Realtor Ernest Ray Koonce (hereinafter referred to as "Koonce") prior to any payment for the Writ of Mandamus. At that time, Koonce agreed because he was lead to believe that Valerie Henderson was going to immediately file the motion so as to avoid paying additional fees. When no motion was actually filed, Koonce believed it was because Henderson had changed her mind. Had Koonce not been tricked into believing that motion would be timely filed, Koonce never would have agreed to it. The following email is a true and correct copy of the original from an email Koonce received from Valerie Henderson on June 15, 2015:

On Mon, Jun 15, 2015 at 3:48 PM, Henderson, Valerie <VHenderson@bakerdonelson.com> wrote:

Mr. Koonce:

We are preparing our response to your recent pleading "Petition for Permission to Appeal Amended Order

Reversing the Granting of Plaintiff's Plea to the Jurisdiction and Standing of Wells Fargo Bank, NA or Alternative, Petition for Writ of Mandamus" and noticed an error by the appellate court that we wanted to discuss with you.  We presume you filed that recent pleading in response to the appellate court's April 30 order.  The clerk, however, docketed the pleading in a different cause number and is now asking you to pay another filing fee.  You should have been mailed a copy of the Court's order on June 11.  In case you have not yet received it, I am attaching a copy to this email.

 We have prepared a motion to consolidate the appeals: (1) 01-15-00228-CV and (2) 01-15-00440-CV.

 If the court grants our motion, you should not have to pay a second filing fee.

 We are required to ask whether you are opposed to our motion to consolidate the appeals.

 Please let me know.

 **Valerie G. Henderson**
Associate Attorney
 Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street
Suite 3700
Houston, Texas 77010
Direct: (713) 286-7172
Facsimile: (713) 650-9701
E-mail: vhenderson@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Mississippi, Tennessee, Texas and Washington, D.C.

What is clear from the above email, Valerie Henderson specially states that "if the motion is granted, you should not have to pay the second fee." The only reason Koonce agreed to the motion was to avoid paying that second fee. However, since Valerie Henderson intentionally waited until the time she was required to file and lied to Koonce about her intention, this Court should deny the motion or, require Henderson to pay Koonce the additional fee he was required to pay. Koonce had to pay an additional $145.00 filing fee for the Writ of Mandamus, a fee which Koonce should not have had to pay if Henderson had timely filed the motion as she claimed she would. It would be fundamentally unfair at this point to allow the two cases to be consolidated after fees had been paid, and Valerie Henderson misrepresenting her intentions and misleading Koonce into believing that the motion would be filed right away. This is a habit of Ms. Henderson in misrepresenting facts, evidence, and statements. She should not be rewarded for her lies.

Therefore, Koonce objects to the untimely filing of the Motion to Consolidate, for Henderson's misrepresentations to this Court, and withdraws his prior agreement since Henderson breached that

agreement.  Koonce further objects because counsel failed to provide a word count in accordance with the Rules of Appellate Procedure.

PRAYER

Koonce prays that this Court deny Respondent/Real Party In Interest Wells Fargo Bank, NA's Motion to Consolidate, or should the Court grant this untimely motion, which consent was procured through misrepresentations and means of fraud, that Henderson be required to reimburse Koonce for the additional filing fee, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted:

 /s/ Ernest R. Koonce
Ernest R. Koonce
15938 Fleetwood Oaks Dr.
Houston, TX 77079
Tel: (832) 434-3183
Rayk469@gmail.com

Word count:  945

CERTIFICATE OF SERVICE

On July 28, 2015, pursuant to Rule 21(a) of the Texas Rules of Civil Procedure, a true and correct copy of the foregoing document has been sent to the following via e-filing as follows:

Bradley Chambers
Texas Bar No. 2400186
Valerie Henderson
Texas Bar No. 24078655
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1301 McKinney Street
Suite 3700
Houston, Texas 77010
(713) 650-9700 – Telephone
(713) 650-9701 – Facsimile
vhenderson@bakerdonelson.com